963 F.2d 880
 MIAMI COUNTY MUNICIPAL COURT; STATE of Ohio; William E.
Kessler, Plaintiffs-Appellees,
v.
Charles E. WRIGHT, Ohio State Highway Patrol Trooper,
Defendant-Appellant.
No.
 United States Court of Appeals,
Sixth Circuit.
 July 30, 1992.
 
 1
 MERRITT, C.J.; KEITH, KENNEDY, MARTIN, JONES, MILBURN, GUY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, and BATCHELDER Circuit Judges.
 
 
 2
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 as follows:
 
 
 3
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 4
 Accordingly, it is ORDERED that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 5
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as practicable.